

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

CRIMINAL ACTION NO. 1:08CR-00014-JHM

UNITED STATES OF AMERICA                          PLAINTIFF

VS.

DUSTIN MCPHETRIDGE                            DEFENDANT

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142; I fully understand that right, and I hereby **WAIVE** my right to a detention hearing, at this time, but reserve my right to petition the Court for a detention hearing at a later date.

This 20th day of February, 2008.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT