## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN
### (Filed Electronically)

**CRIMINAL ACTION NO. 1:08CR-14-M**
**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

**vs.**

**DUSTIN McPHETRIDGE,**                                              **DEFENDANT.**

### MOTION FOR HEARING TO DETERMINE
### MENTAL COMPETENCY AND ORDER DIRECTING
### PSYCHIATRIC EXAM

Comes the defendant, by counsel, and moves the Court pursuant to 18 U.S.C. §§4241 and 4247 for a hearing to determine the mental competency of the defendant herein and an order directing that a psychiatric or psychological examination of the defendant be conducted by a licensed or certified psychiatrist or psychologist to determine whether the defendant is competent to understand the proceedings and to assist in his own defense, said examination to include:

    a) defendant's history and present symptoms, if any;

    b) a description of the psychiatric, psychological, and medical tests that were employed, and their results;

    c) the examiner's findings;

    d) the examiner's opinions as to diagnosis and prognosis; and

    e) an opinion whether defendant is suffering from a mental disease or defect

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

/s/ Scott T. Wendelsdorf
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## **CERTIFICATE**

I hereby certify that on March 11, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Jo E. Lawless, Assistant United States Attorney.

/s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2