**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**CRIMINAL ACTION NO. 1:08CR-14-M**
**UNITED STATES OF AMERICA,**                                      **PLAINTIFF,**

**vs.**

**DUSTIN McPHETRIDGE,**                                                      **DEFENDANT.**

## ORDER DIRECTING PSYCHIATRIC EXAM

Defendant having moved the Court for a hearing to determine the mental competency of the defendant herein and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that defendant be, and he hereby is, committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility for psychiatric or psychological examination and that he be examined by a licensed or certified psychiatrist or psychologist employed by the United States at the expense of the United States.

**IT IS FURTHER ORDERED AND ADJUDGED** that said licensed or certified psychiatrist or psychologist shall prepare and file with the Court, defense counsel, and the government, a written report that includes:

    a) defendant's history and present symptoms, if any;

    b) a description of the psychiatric, psychological, and medical tests that were employed, and their results;

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

    c) the examiner's findings;

    d) the examiner's opinions as to diagnosis and prognosis;

e) an opinion whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

f) any recommendation as to how the mental condition of the defendant should affect sentencing herein should defendant be convicted.

**IT IS FURTHER ORDERED AND ADJUDGED** that the competency evaluation ordered herein is restricted to addressing the question of whether defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The government is restricted from using any information derived from this examination for purposes other than addressing the competence of defendant to stand trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the psychiatrist or psychologist conducting the competency examination ordered herein shall forward a copy of his or her competency report to the Court and send copies of same to Scott T. Wendelsdorf, Federal Defender, 200 Theatre Building, 629 S. Fourth Avenue, Louisville, KY 40202, and Jo Lawless, Assistant United States Attorney, Tenth Floor, BB&T Bank Building, 510 West Broadway, Louisville, Kentucky 40202.

**IT IS FURTHER ORDERED AND ADJUDGED**, pursuant to 18 U.S.C. §3006A(e) and 18 U.S.C. § 3006(f), that payment for the services ordered herein be, and the

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

same hereby is, authorized.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States Marshal for the Western District of Kentucky make arrangements for transporting the defendant to and from facility and arranging for the defendant to be examined as ordered above.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of time necessary to conduct the examination ordered herein and any subsequent proceedings regarding the defendant's competency to stand trial be, and the same hereby is, excluded pursuant to 18 U.S.C. §3161(h)(1)(J) in computing the time within which the trial of this case must commence.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808