## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

**CRIMINAL ACTION NUMBER: 1:08CR-14-M**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

vs.

**DUSTIN MCPHETRIDGE**                                                                   **DEFENDANT**

### ORDER

Having reviewed the record and being sufficiently advised, the Court **ORDERS** as follows:

The Court's Order [DN 10] entered March 14, 2008, is **AMENDED** to state that the time allowed for evaluation under 18 U.S.C. § 4247(b) shall begin as of the date the Defendant arrived (April 2, 2008) at the Federal Medical Center at Lexington, Kentucky, and shall continue for a period of forty-five (45) days.

Copies to:    Counsel of record
                 U.S. Probation
                 U.S. Marshal
                 Stephen M. Dewalt, Warden
                   Federal Medical Center
                   3301 Leestown Road
                   Lexington, KY 40511-8799