# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

**CRIMINAL ACTION NUMBER: 1:08CR-14-M**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**vs.**

**DUSTIN MCPHETRIDGE**                                              **DEFENDANT**

<u>**ORDER**</u>

The Court being advised that the Defendant desires to change his plea,

**IT IS HEREBY ORDERED** that this case be assigned for a **change of plea hearing** on **July 21, 2008, at 9:00 AM CDT**, U.S. Courthouse, **Owensboro**, Kentucky.

Copies to:   Counsel of record
             U.S. Marshal
             U.S. Probation