**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**CRIMINAL ACTION NUMBER: 1:08CR-14-M**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**vs.**

**DUSTIN MCPHETRIDGE**                                                                  **DEFENDANT**

### ORDER

With the agreement of the parties, the **change of plea hearing** is **continued** to **July 23, 2008**, at **9:00 AM CDT**, U.S. Courthouse, **Bowling Green**, Kentucky.

**IT IS SO ORDERED**.

                                                ENTERED BY ORDER OF COURT
                                                JOSEPH H. MCKINLEY, JR., JUDGE
                                                UNITED STATES DISTRICT COURT

                                                JEFFREY A. APPERSON, CLERK

                              By:      /s/ *Erica A. Skinner*
                                                Erica A. Skinner, Deputy Clerk

                                                Date: July 18, 2008

Copies to:   Counsel of record
                  U.S. Marshal
                  U.S. Probation