UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**CRIMINAL ACTION NUMBER: 1:08CR-14-M**

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**vs.**

**DUSTIN MCPHETRIDGE**                                                                    **DEFENDANT**

## ORDER

The **sentencing** scheduled for November 10, 2008, is **continued** to **November 12, 2008, at 9:00 AM CST**, U.S. Courthouse, Bowling Green, Kentucky.

All other provisions of the Court's original sentencing order remain in effect.

**IT IS SO ORDERED**.

Copies to:    Counsel of Record
                  U.S. Marshal
                  U.S. Probation