## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

**CRIMINAL ACTION NUMBER: 1:08CR-14-M**

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

vs.

**DUSTIN MCPHETRIDGE**                                                                   **DEFENDANT**

### ORDER AMENDING JUDGMENT

With the agreement of the parties, **IT IS HEREBY ORDERED** that this Court's Judgment and Commitment is amended as follows: The Defendant's previously imposed sentence of 60 months as to Count 1 of the Indictment shall be <u>served concurrently with the sentence of imprisonment imposed in the Warren Circuit Court, Division II, Bowling Green, Kentucky, Case No. 07-CR-1006</u>.  A copy of the Judgment from the Warren Circuit Court is attached.

Except as provided above, all provisions of this Court's Judgment and Commitment entered November 17, 2008, shall remain in full force and effect.


Copies to:    Counsel of Record
                    U.S. Marshal
                    U.S. Probation
                    Bureau of Prisons

| AOC-445    Doc. Code: JSPG | | Case No. _07CR01006_ |
|---|---|---|
| Rev. 6-05 | **JUDGMENT AND SENTENCE** | Court _Circuit 2_ |
| Page 1 of 4 | **ON PLEA OF GUILTY** | |
| Commonwealth of Kentucky | | County _Warren_ |
| Court of Justice  www.kycourts.net | | |

COMMONWEALTH OF KENTUCKY                                       PLAINTIFF

ENTERED _1-27-09_
PAT HOWELL GOAD, CLERK
WARREN CIRCUIT COURT DIV # _2_
BY _____  D.C.

V. _Dustin McPhetridge_                                        DEFENDANT

| Date of Birth | SSN | For Youthful Offender: Provide school name and address. |
|---|---|---|
| _11-15-80_ | _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_ | |

Defendant appeared in open court on _12-15_, _2008_ [ ] without counsel [X] with counsel, Honorable _Renae Tuck_. By agreement with the attorney for the Commonwealth, Defendant **withdrew his/her plea of not guilty and entered a plea of GUILTY** to the following charges contained in the Indictment(s):

(1) _Attempted Unlawful Transaction with Minor 1st_ ~~when Defendant was~~ offenses were committed on or about _(Child less than __ years of age)_ years old;

(2) _____, which offenses were committed on or about _____, ____ when Defendant was ____ years old;

(3) _____, which offenses were committed on or about _____, ____ when Defendant was ____ years old;

[ ] **ADDITIONAL CHARGES CONTAINED IN THE INDICTMENT LOCATED ON PAGE 4 OF 4.**

Finding Defendant understands the nature of the charges against him/her including potential penalties, the Court finds: Defendant knowingly and voluntarily waives his/her right to plead not guilty, to be tried by a jury, to compel attendance of witnesses in his/her behalf, to confront and cross-examine witnesses and to appeal his/her case to a higher court. The Court further finds Defendant understands and voluntarily waives his/her right not to incriminate himself/herself, the right to be represented by an attorney at each stage of the proceedings against him/her (if appearing without counsel) and, if necessary, to have an attorney appointed to represent him/her. Finding the guilty plea is made voluntarily, knowingly and intelligently, the **Court accepts Defendant's guilty plea** to the charges to which Defendant entered a guilty plea.

For the purpose of **sentencing**, Defendant appeared in open court on _1-27_, _2009_, [ ] without counsel [X] with counsel, Honorable _Rene Tuck_. The Court inquired of Defendant (and counsel, if any) whether there was any legal cause why judgment should not be pronounced, and afforded Defendant (and counsel, if any) the opportunity to make statements in Defendant's behalf and to present any information in mitigation of punishment. The Court informed Defendant (and counsel, if any) of the factual contents and conclusions contained in the written Presentence Investigation Report (PSI) prepared by the Division of Probation and Parole and provided Defendant's attorney (if any) with a copy of the PSI although not the sources of confidential information. Defendant [X] agreed with the factual contents of the PSI [ ] was granted a hearing to controvert factual contents of the PSI. Having given due consideration to the PSI prepared by the Division of Probation and Parole, and to the nature and circumstances of the crime, as well as the history, character and condition of Defendant, and any matters presented to the Court by the Defendant (or counsel, if any), **the Court finds:**

[ ] the Victim suffered death or serious physical injury;
[X] imprisonment is necessary for protection of the public because:
  [ ] there is a likelihood that during a period of probation with an alternative sentencing plan or conditional discharge, Defendant will commit a Class D or Class C felony or a substantial risk that Defendant will commit a Class B or Class A felony;

AOC-445                    [   Code: JSPG
Rev. 6-05
Page 2 of 4

[ ] Defendant is in need of correctional treatment that can be provided most effectively by the defendant's commitment to a correctional institution.

[ ] probation, probation with an alternative sentencing plan, or conditional discharge would unduly depreciate the seriousness of the Defendant's crime;

[ ] Defendant is ineligible for probation, probation with an alternative sentencing plan, or conditional discharge because of the applicability of KRS 532.080, KRS 439.3401, or KRS 533.060;

[ ] Defendant is eligible for probation, probation with an alternative sentencing plan, or conditional discharge as hereinafter ordered on AOC-455.

Insufficient cause having been shown why judgment should not be pronounced, it is ADJUDGED BY THE COURT that Defendant is GUILTY of the following charge(s)(include applicable UOR Code):

_038 10 11 Attempted Unlawful Transaction w/Minor - 7 yr_
_1st Degree (Child less than 16 yr of age)_

A. **Defendant is sentenced to:**
  1. **Courts Costs, Restitution, Fees and Fines**
  Defendant is ORDERED to pay:
  [✓] Court Costs of $ _170-_           [ ] Restitution in the amount of $ _____
  [✓] Fees in the amount of $ _350-DPA_ [ ] Fine(s) in the amount of $ _____

  2. **Method of Payment**
  [✓] Court Costs are WAIVED due to Defendant having been found to be a "poor person" under KRS 453.190(2).
  [ ] At time of SENTENCING, all Court Costs, Restitution, Fees and Fines shall be paid in full.
  [ ] Payment is DEFERRED. All amounts shall be PAID IN FULL by _____, 2___.
  [ ] An INSTALLMENT SCHEDULE IS ESTABLISHED. Beginning _____, 2___, Defendant is ORDERED to pay $ _____ [ ] weekly [ ] every other week [ ] monthly [ ] other_____ until paid in full.

  3. **Directions for Payment of Restitution**
  As specified in KRS 532.032 and KRS 532.033, Defendant shall pay restitution pursuant to these conditions: Restitution shall be paid through the
  [ ] Circuit Court Clerk with a 5% service fee;
  [ ] County Attorney;    OR
  [ ] Commonwealth's Attorney;
  for the benefit of (name of specific person or organization and address) _____

  4. **Imprisonment**
  In addition to any monetary amount specified above, Defendant is sentenced to:

  [ ] imprisonment for a maximum term of _____ [ ] probated [ ] probated with an alternative sentence as stated in the attached Order of Probation. (No fine imposed on KRS Chapter 31 indigent defendant).

  [ ] imprisonment for a maximum term of _____ conditionally discharged as stated in the attached Order of Conditional Discharge. (No fine imposed on KRS Chapter 31 indigent defendant).

  [✓] imprisonment for a maximum term of _seven (7) years_ in _DOC or federal custody_ (institution) to run
  [✓] concurrently [ ] consecutively with a sentence previously imposed ~~on~~ _in Federal Court_
  _and co-terminus_

AOC-445  
Rev. 6-05  
Page 3 of 4

Doc. Code: JSPG

B. It is ORDERED that Defendant's bond:

[✓] be released. If bond was posted by Defendant, bond [✓] shall be   [ ] shall not be applied to payment of remaining fines and costs;   [ ] other _____

[ ] is **not released** until [ ] further order of the Court   [ ] payment of all fines and costs

[ ] other _____

C. It is further ORDERED that:

[✓] upon release from incarceration or parole, Defendant, being found guilty of a felony under KRS Chapter 510, 530.020, 530.064, or 531.310, is sentenced to a ~~three~~-year period of **conditional discharge**. *five*

[✓] pursuant to KRS 17.510(2) Defendant has been convicted of a sex crime or a crime against a minor, or has been committed as a sexually violent predator, and has been informed of the **duty to register** with the appropriate local Probation and Parole Office. (See JC-4).

[ ] Defendant shall not be released from probation supervision until **restitution** has been paid in full and all other aspects of probation have been successfully completed.

[ ] by a preponderance of evidence, the Court finds **hate was a primary factor** in the commission of the crime by the Defendant. KRS 532.031(2).

[ ] being sentenced to a term of incarceration for a nonstatus juvenile offense, moving traffic violation, criminal violation, misdemeanor, or Class D felony, Defendant is ordered to pay **costs of incarceration** in the amount of $ _____ as allowed by KRS 532.352. Said costs shall be reimbursed to (*specify state or local government*) _____.

[✓] Defendant shall be delivered to the custody of the Department of Corrections at such location within this Commonwealth as Corrections shall designate. — *to go to Federal Custody. If he has not completed sex offender treatment in federal custody, he may + shall complete it upon release*

[✓] pursuant to KRS 17.170, Defendant having been convicted of a felony offense under KRS Chapter 510 (Sexual Offense) or KRS 530.020 (Incest), shall have a **sample of blood** taken by the Department of Corrections for DNA law enforcement identification purposes and inclusion in law enforcement identification databases.

[✓] Defendant is hereby **credited with time spent in custody** prior to sentencing, namely _TBD_ days as certified by the jailer of _____ towards service of the maximum term of imprisonment (or toward payment of a fine at the rate of $5.00 per day). RCr 4.58

Date: __1/27, 2009__                    _____  
                                         Judge's Signature

Copies to: Defendant / Attorney; Prosecutor; Probation & Parole; Sheriff (2 certified copies if Defendant sentenced to death or confinement); Principal, _____ School (If Defendant is youthful offender).

**SHERIFF'S RETURN**

[ ] Served on Defendant named herein on _____, 2____.

[ ] Not served because: _____

Date _____, 2____   Officer: _____