**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**(Filed Electronically)**

**CRIMINAL NO. 1:08-CR-14-M**
**UNITED STATES OF AMERICA,**                                      **PLAINTIFF,**

**vs.**

**DUSTIN McPHETRIDGE,**                                             **DEFENDANT.**

**MOTION FOR COURT TO RECOMMEND**
**MOTION PURSUANT TO 18 U.S.C. §3582(C)(1)(A)**

Comes the defendant, by counsel, and moves the Court to recommend to the Director of the Bureau of Prisons that he consider making a motion pursuant to 18 U.S.C. §3582(c)(1)(A) for compassionate release of defendant.

Defendant has been convicted on a plea of guilty to traveling in interstate commerce to engage in illicit sexual in violation of 18 U.S.C. §§2423(b) and (e). Defendant and others were caught up in a sting essentially operated for financial profit by NBC to collect broadcast material for its now defunct television show "To Catch a Predator". (PSR ¶7). On October 20, 2007, he traveled from Tennessee to Kentucky intending to have sexual relations with a person he thought to be 13 hears old. (PSR ¶10). The adult pretending to be the 13 year old girl directed defendant to the location where NBC had their recording equipment and personnel set up. Upon arriving, he was confronted and interrogated on video

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

tape by the television show host. The resulting material was broadcast by NBC on national television. (PSR ¶7). There is no actual victim in this case. (PSR ¶11). Defendant was entirely cooperative with authorities in the investigation and prosecution of this case and fully accepted his responsibility for the crime. (PSR ¶¶12, 13, 22). He was sentenced to a term of 60 months, and has been in continuous custody as a result of this offense for over 3 years.

Defendant is in extremely poor health. He is confined to a wheelchair as a result of cerebral palsy and complications from a stroke. He has undergone multiple surgeries throughout his life, but his condition continues to deteriorate, especially since his incarceration. (PSR ¶¶38-39). He has been diagnosed with "cerebral palsy with spastic triplegia of both lower extremities and right upper extremity." (PSR ¶40). His health continues to deteriorate while in custody.

18 U.S.C. §3582(c) provides in pertinent part that

> **(c) Modification of an Imposed Term of Imprisonment.—** The court may not modify a term of imprisonment once it has been imposed except that—
> **(1)** in any case—
> **(A)** the court, upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment . . . after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that—
> **(i)** extraordinary and compelling reasons warrant such a reduction . . . .

18 U.S.C. §3582(c)(1)(A)(i). Defendant asks the Court to recommend to the Director of the

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

Bureau of Prisons that he make such a motion so that the Court can hold a hearing to determine whether there exists "extraordinary and compelling reasons" that may warrant a reduction in his sentence.

/s/ Scott T. Wendelsdorf
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on December 13, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Jo E. Lawless, Esq., Assistant United States Attorney.

/s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808