UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
(Filed Electronically)

**CRIMINAL NO. 1:08-CR-14-M**
**UNITED STATES OF AMERICA,**            **PLAINTIFF,**

vs.

**DUSTIN McPHETRIDGE,**            **DEFENDANT.**

### ORDER

Defendant having moved the Court to recommend that the Director of the Bureau of Prisons file a motion pursuant to 18 U.S.C. §3582(c)(1)(A)(i); the United States having responded thereto; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Court hereby recommends to the Director of the Bureau of Prisons that he file a motion pursuant to 18 U.S.C. §3582(c)(1)(A)(i) enabling the Court to hold a hearing to determine whether there exists extraordinary and compelling reasons that may warrant a reduction in defendant's sentence herein.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

4