**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**CRIMINAL ACTION NUMBER: 1:08CR-14-M**

**UNITED STATES OF AMERICA**                                                                **PLAINTIFF**

**vs.**

**DUSTIN MCPHETRIDGE**                                                                            **DEFENDANT**

### ORDER

Defendant having moved the Court to recommend that the Director of the Bureau of Prisons file a motion pursuant to 18 U.S.C. Section 3582(c)(1)(A)(I); the United States having not responded thereto; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Court hereby recommends to the Director of the Bureau of Prisons that he consider filing a motion pursuant to 18 U.S.C. Section 3582(c)(1)(A)(I), if he believes there exists extraordinary and compelling reasons that may warrant a reduction in the Defendant's sentence herein.

Copies to:   Counsel of Record
             U.S. Marshal
             U.S. Probation
             Harley G. Lappin, Director
              Bureau of Prisons
              320 First St., NW,
              Washington, DC  20534