Dustin McPhetridge
# 11246-033
FCI Fort Worth
P.O. Box 15330
Ft. Worth, TX   76119

October 20, 2011

COURT CLERK
**ATTN: HONORABLE JUDGE McKinley**
241 East Main St., Room 120
Bowling Green, KY   42101-2141

Dear Court Clerk and Judge McKinley:

    Please find enclosed a motion I wish to file in Cause # 1:08-cr-00014-JHM.

    Also enclosed are numerous exhibits that I request to be filed and considered with the motion. You will see that I have exhausted all of my administrative remedies in an effort to get the disputed time credits, all to no avail.

    Judge McKinley, I believe you will concur that § 5G1.3(b) was applicable in my sentencing. Thererfore, this motion should give you the opportunity to correct and ensure that I receive the time credits towards my federal sentence.

    I look forward to hearing from you soon in regards to this important matter.

Sincerely,

*Dustin McPhetridge*
Dustin McPhetridge


cc/DM files

