UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                                         CRIMINAL ACTION NO. 1:08CR-00014-JHM

DUSTIN MCPHETRIDGE                                              DEFENDANT

*- Filed Electronically -*

**Response to Motion Seeking Clarification/Correction/Amendment of a Judgement**

      Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, in response to the defendant's *pro se* motion seeking clarification / correction / amendment of the judgement entered in his case and states its objections thereto. McPhetridge seeks clarification where none is needed. This Court, by Order entered October 16, 2009, (DN 22), amended the original judgment in the case to reflect that the federal sentence be run concurrently with the sentence imposed in Warren Circuit Court Action 07CR1006. McPhetridge's current motion asks the Court to impede upon the jurisdictional authority of the Bureau of Prisons insofar as it seeks interference with the calculation of his release date, credit for service of time, and the like. The motion should be **DENIED**.

                                                    Respectfully submitted,

                                                    DAVID J. HALE
                                                    United States Attorney

                                                    */s/ Jo E. Lawless*
                                                    Jo E. Lawless
                                                    Assistant United States Attorney
                                                    510 West Broadway
                                                    Louisville, Kentucky 40202
                                                    (502) 625-7065
                                                    (502) 582-5097 (Fax)

<u>Certificate of Service</u>

  I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on November 14, 2011.

            /s/ *Jo E. Lawless*
            Jo E. Lawless
            Assistant United States Attorney