IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

FILED
VANESSA L. ARMSTRONG, CLERK
NOV 14 2011
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

DUSTIN McPHETRIDGE, §
        **Petitioner**
§
Vs.                                 CAUSE # 1:08-cr-00014-JHM
§
UNITED STATES OF AMERICA,
        **Respondent** §

## PETITIONER'S MOTION REQUESTING COURT ORDER

## TO STOP PRISONER TRANSFER

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT COMES**, Dustin McPhetridge, Petitioner, **pro se**, in the above-styled and numbered cause of action, and would respectfully show this Honorable Court the following:

I.

Petitioner is a federal prisoner currently confined at FCI, Fort Worth, Texas. On 10/26/2011, at approximately 1 p.m., Petitioner was informed by the Unit Manager that he was being transferred to Forrest City, AR.

II.

Because Petitioner literally **fears for his life** in Forrest City, he asks this Court to immediately issue a Court Order

(1)

to prevent said transfer.

### III.

Petitioner supports his request based upon the facts of his previous assignment to Forest City, where he was threatened and harrassed by both inmates and guards. **See** numerous attachments. Petitioner opines that the transfer would be the equivalent of a death sentence.

### IV.

For all these raesons, Petitioner asks to either be left here at FCI Fort Worth, or transferred to Lexington, KY, or Butner, NC, to be closer to family.

### PRAYER/DECLARATION

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays this Court will **GRANT** this motion in all things. Petitioner declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATED: 10/6/2011.

/s/ Dustin McPhetridge
DUSTIN McPHETRIDGE, **pro se**
# 11246-033
FCI Fort Worth
P.O. Box 15330
Ft. Worth, Texas   76119

(2)