TRULINCS 11246033 - MCPHETRIDGE, DUSTIN - Unit: FTW-D-A

---

FROM: SIS
TO: 11246033
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/27/2011 08:27:02 AM

The SIS Department cannot help in this issue. You need to get with you unit team and see what they can do.

>>> ~^!"MCPHETRIDGE, ~^!DUSTIN" <11246033@inmatemessage.com> 10/26/2011 3:12 PM >>>
To: transfer
Inmate Work Assignment: none

I was told at 1 something via my unit manager Mrs. Wilson that I am being transferred to Forest City Ar. I fear for my life in Forest City. I have been threatened by staff in front of staff (LT Rococo done that investigation. and I have been threatened and harassed via many inmates at that prison had my electric wheelchair stolen there and I feel going back there is a death sentence. C/o Hogan C/o Crawford and Counselor Brown at Forrest City can and hopefully will vouch for me on these problems. I was asking to be moved closer to how my family is in Northeast TN (Surgoinsville,TN) I was hoping for Lexington KY or Butner,NC. Forrest City I am scared for my life and I know I will have to stay in the shu for the rest of my time (3-21-13) I would much rather stay hear than be in the SHU in Forrest City. Please stop the transfer I am begging!

This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."

TRULINCS 11246033 - MCPHETRIDGE, DUSTIN - Unit: FTW-D-A
-------------------------------------------------------------------------------

FROM: 11246033
TO: SIS
SUBJECT: ***Request to Staff*** MCPHETRIDGE, DUSTIN, Reg# 11246033, FTW-D-A
DATE: 10/29/2011 02:26:50 PM

To: INFO ON MY CLAIMS ON FORREST CITY AR
Inmate Work Assignment: none

Please speaker to staff members at Forrest City AR (low):
Counselor Brown; Unit Manager Ballard; Case Manager Bessie; C/o Crawford; C/o Hogan; C/o Bradshaw; Health Services Admin. Hoy; Lt. Rococo (spelling?); C/o Pruitt.

Inmate witnesses that I can name that was there and witnessed my harassment: Craig Schmacher (was my pusher till they gave my my power chair back that was with held from me); Steve Edwards; Mark Phiffer; Darrel Patterson; Jerry Stuart; Sam Lewis; Dexter Morris; Tom Lakin (here now) Doug Basch; Ray Ford; Randy McBride; Jack Roberts; and 2 that harassed me some and was somewhat sociable to me was named Mutt (his last name started with it) and Floyd (last name, went to the camp) Harassed constantly via a Mexican named Cruz and a Mexican with the Superman tattoo on the back of his head,

WaS HELD IN THE shu THERE 3-8-10 TO 3-23-10 C/o Bradshaw said it was because I couldn't defind myself due to my chasrges there.

My watch was stolen 4/27/10 (later told stolen by roommate Willie Banks) was told by sevral inmates it was because my charges that I was lucky I didnt get hurt instead. told Counsalor Brown.

5/8/10 was blamed and threatened by inmates because they thought I told C/o Crawford where wine was hidden which I didn't now tell nor take in on the drinking either

5/11/10 Canteen C/o Rudcher (told his name was by inamtes) made fun of me saying I was friends with Chris hansen and on the NBC show wrote up a BP-8 on him 5/13/10.

6/6/10 was threatened by a C/o infron of 3 othere c/os one of them was Bradshaw, Never told the C/os name told Ballard and she sent me to C/os office Lt. Racoco said he would take care of it, days later he said the c/o was on shu duty till i left never would tell me the name.
This is what was written in my journal. I was able to sleep and remember more peoples names last night tho
Case manager Bessie said she didn't like me infront of Counsalor Brown

TRULINCS 11246033 - MCPHETRIDGE, DUSTIN - Unit: FTW-D-A

---

FROM: AW-Operations
TO: 11246033
SUBJECT: RE:***Inmate to Staff Message***
DATE: 11/03/2011 07:35:01 AM

Your concern has been referred to the appropriate individuals for review. Your unit team will continue to work with you regarding your status.

>>> ~^!"MCPHETRIDGE, ~^!DUSTIN" <11246033@inmatemessage.com> 10/28/2011 8:35 AM >>>
To: Mr. Pierce
Inmate Work Assignment: none

I was told on 10/26/11 by Mrs. Wilson (unit Manager) that I am being transferred to Forrest City, AR. I am scared to go there. I was there before (3/9/10 to 8/9/10) and was threatened and harassed by inmates and guards. One guard said I didn't deserve to live and cussed me out and threatened to to destroy my wheelchair if he worked my unit. He stated that in front of 3 other c/os. This was reported to a Lt. Rococo (spelling I don't know). Harassment from inmates constantly calling me chomo and threading to do things to me and stealing my wheelchair all the time, this lead to me never sleeping fully and I would wale up several times a night on the majority of the time scared for my safety. Counselor Brown C/o Crawford C/o Hogan and Unit Manager Ballard hopefully would back up these claims. I told Mrs. Wilson all this on 10/26/11 and neither one cares. Mrs. Wilson stated she didn't care, that I wanted a transfer now you (me) got it and she refused to make calls to verify my story or to stop the transfer. Crown over just walked away when I told him, the next morning he told me to talked to Gilliam. Gilliam said on 10/27/11 that he would talk to Mrs. Wilson and then I told him what she said and that's all he could do. Please help me. I wanted a transfer to be closer to my family AR is 12 hours away so they would still have to fly, my family lives in Surgoinsville, TN (way north east TN where VA and NC meet). I have said all along if I couldn't get to Lexington, KY or Butner, NC then to leave me here. I fear for my life in Forrest City, AR . Please keep me from going there and doing the rest of my time (3/21/13) in the SHU. Thank you for your time and help.
Dustin McPhetridge

I have been to Psychology the last 2 days and cant sleep nor eat much.

This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."