**FILED**
VANESSA L. ARMSTRONG, CLERK

NOV 14 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

DUSTIN McPHETRIDGE, §
      Petitioner
§
Vs.                      CAUSE # 1:08-cr-00014-JHM
§
UNITED STATES OF AMERICA,
      Respondent §

## PETITIONER'S MOTION TO VACATE SENTENCE
## DUE TO IMPROPER MEDICAL CARE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT COMES**, Dustin McPhetridge, Petitioner, **pro se**, in the above-styled and numbered cause of action, and would respectfully show this Honorable Court the following:

### I.

Petitioner concedes, this Court no longer possesses jurisdiction to actually alter, nor vacate the sentence in this cause.

### II.

However, this Court does possess the authority to GRANT Petitioner's pending "Motion Seeking Clarification/Correction/Amendment of a Judgment."

(1)

## III.

Petitioner supports his request based upon improper medical care, such as the following:

1.) Petitioner has developed Staph Infections over 12 times since in BOP custody.

2.) Petitioner suffers from cerebral paulsy, which results in a useless right hand, thus, constituting the need for velcro shoes. Health Services have refused to furnish Petitioner with the needed shoes to this date.

3.) Petitioner has not received any physical therapy for his condition since leaving the state prison on 12/23/2009.

4.) Petitioner has been belittled multiple times by various medical staff and called names, etc.

## IV.

For all these reasons, just to briefly name a few of many, Petitioner asks the Court to **GRANT** the pending motion to clarify the judgment. In doing so, Petitioner could receive his jail credits of up to 12 months, which would result in Petitioner's release in February, 2012. This would be the equivalent of effectively vacating the sentence. Something that is within this Court's inherent powers.

### PRAYER/DECLARATION

**WHEREFORE, PREMISES CONSIDERED,** Petitioner prays this Court will **GRANT** this motion in all things. Petitioner declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATED: 10/6/2011.

/s/ Dustin McPhetridge
DUSTIN MCPHETRIDGE, **pro se**
# 11246-033
P.O. Box 15330
Ft. Worth, Texas   76119

(2)

Legal Mail

⇔11246-033⇔
Dustin Mcphetridge
Dallas Unit
Po Box 15330
Federal Medical Center
FORT Worth, TX 76119-0330
United States

Redirect Correspondence
to: 18104410

FORT WORTH TX 761
07 NOV 2011 PM 8 L

⇔11246-033⇔
Joseph Mckinley Jr.
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
United States

4210121 7505

RECEIVED
VANESSA L. ARMSTRONG, CLERK
NOV 10 2011
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

USA FIRST-CLASS BORDER