UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA         PLAINTIFF

vs.                              CRIMINAL ACTION NO. 1:08CR-00014-JHM

DUSTIN MCPHETRIDGE               DEFENDANT

## **ORDER**

This matter is before the Court on the defendant's *pro se* motion seeking clarification / correction / amendment of the judgement entered in his case. The United States responded to the motion and stated its objections thereto. For the reasons set forth more fully in the United States' response, **IT IS ORDERED** that the motion is **DENIED**.

Copies to:  Counsel of record
            Dustin McPhetridge
            US Marshal
            US Probation