**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**CRIMINAL ACTION NUMBER: 1:08CR-14-M**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**vs.**

**DUSTIN MCPHETRIDGE**     **DEFENDANT**

### ORDER

This matter is before the Court on Defendant's *pro se* motion for a court order to stop prisoner transfer [DN 27] and his *pro se* motion to vacate sentence [DN 28] and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that both motions are **denied**.

Copies to:    Counsel of Record
Dustin McPhetridge
U.S. Marshal
U.S. Probation