**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Room 120 William H. Natcher U.S. Courthouse
241 East Main Street
Bowling Green, KY 42101-2175

OFFICIAL BUSINESS

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 03 2012
U.S. DISTRICT COURT
WEST. DIST. KENTUCKY

1:08-CR-14-JHM
DN 29 & 30

Hasler
016H26502146
$00.640
Mailed From 42101
12/13/2011
US POSTAGE

Handwritten:
FCI FORREST CITY
P.O. BOX 9000
FORREST CITY, AR 72336

NIXIE 381 SC 1 00 12/28/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 421012170599 *0582-04443-19-31*

DUSTIN McPHETRIDGE #11246-033
FCI FORT WORTH
P.O. BOX 15330
FT. WORTH, TX 76119