Dustin McPhetridge

Reg. No. 11246-033

Federal Correctional Complex (Low)

P.O. Box 9000-Low

Forrest City, Arkansas 72336

FILED
VANESSA L. ARMSTRONG, CLERK
AUG 08 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

August 3, 2012


Attn: Honorable Judge McKinley

241 East Main Street, Room 120

Bowling Green, KY 42101-2141


Dear Judge McKinley:

    Please find enclosed a motion I wish to file in case #1:08-CR-00014-JHM.

    Also enclosed are documents supporting my claims, that I request be filed and considered with the motion. I have exhausted all the administrative remedies when I was at Ft. Worth, Texas, last year to get all of my time credits, to no avail. I requested time credit from your office this year on 5/7/2012 and have not received word on that motion. I have included a copy of the certified mail receipt.

    Judge McKinley, I hope you will concur that §5G1.3(b) is applicable in my case, as our Records Supervisor says that it is applicable in my sentencing. There, this Motion for Time Clarification should give you the opportunity to correct and

ensure that I receive the time credits toward my federal sentence.

    I look forward to hearing from you soon in regards to this important matter.

Sincerely,<br>
*[signature]*<br>
Dustin McPhetridge

⇔11246-033⇔
Dustin Mcphetridge
Federal Correctional
Complex--Wb Unit
PO Box 9000
Forrest CITY, AR 72336
United States

**RECEIVED**
VANESSA L ARMSTRONG, CLERK
AUG 06 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

⇔11246-033⇔
Joseph Mckinley Jr.
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
United States