UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA     PLAINTIFF

v.     CRIMINAL ACTION NO. 1:08CR-14-M

DUSTIN MCPHETRIDGE     DEFENDANT

## ORDER

This matter is before the Court on Defendant's *pro se* motion seeking clarification / correction / amendment of the judgment entered in this case (DN 32).

**IT IS ORDERED** that **within 21 days** of entry of this Order the United States will file a response to the motion. Defendant may file a reply **within 14 days** of service of the United States's response.

The **Clerk of Court** is **DIRECTED** to send the United States Attorney, Western District of Kentucky a copy of Defendant's motion (DN 32) and a copy of this Order.

**Defendant** is **DIRECTED** to serve all future filings on the United States.

Date: August 22, 2012

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc: Defendant McPhetridge, *pro se*
     United States Attorney, Western District of Kentucky
4414.003