UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA						PLAINTIFF

vs.								CRIMINAL ACTION NO.  1:08CR-00014-JHM

DUSTIN MCPHETRIDGE						DEFENDANT

*- Filed Electronically -*

MOTION TO ACCEPT LATE FILING

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and respectfully requests the Court to accept late filing of the United States' response to the defendant's *pro se* motion seeking time clarification / correction / amendment of the judgment entered in his case.  Undersigned counsel was unexpectedly out of the office during the week of September 10, 2012, due to medical issues and returned to full-time work today.  Consequently, counsel for the United States respectfully requests acceptance of the response.

Respectfully submitted,

DAVID J. HALE
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
510 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

<u>Certificate of Service</u>

 I hereby certify that a copy of the foregoing was sent by United States Mail on September 18, 2012, to:
 Dustin McPhetridge
 Federal Correctional Complex - Wb Unit
 P.O. Box 9000
 Forrest City, AR 72336

            */s/ Jo E. Lawless*
            Jo E. Lawless
            Assistant United States Attorney