UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                           PLAINTIFF

vs.                                                          CRIMINAL ACTION NO.  1:08CR-00014-JHM

DUSTIN MCPHETRIDGE                                                                  DEFENDANT

## ORDER

This matter is before the Court on motion of the United States of America to accept late filing of the United States' response to the defendant's *pro se* motion seeking time clarification / correction / amendment of the judgment entered in his case.  **IT IS ORDERED** that the motion is **GRANTED.**

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

October 5, 2012