```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                       BOWLING GREEN DIVISION


UNITED STATES OF AMERICA,    )  Case No. 1:08CR-14-JHM
                             )
         Plaintiff,          )
                             )
VS.                          )
                             )
DUSTIN MCPHETRIDGE,          )
                             )  November 12, 2008
         Defendant.          )  Bowling Green, Kentucky


           *****************************************

                    TRANSCRIPT OF SENTENCING
           BEFORE HONORABLE JOSEPH H. MCKINLEY, JR.
                  UNITED STATES DISTRICT JUDGE

           *****************************************


APPEARANCES:

For United States:       Larry E. Fentress
                         U.S. Attorney's Office
                         717 West Broadway
                         Louisville, Kentucky 40202

For Defendant:           Laura Wyrosdick
                         Western Kentucky Federal
                         Community Defender, Inc.
                         629 S. Fourth Avenue, Suite 200
                         Louisville, Kentucky 40202

[Defendant present.]

Transcriber:             Alan W. Wernecke, RMR, CRR
                         Official Court Reporter
                         232 U.S. Courthouse
                         Louisville, Kentucky 40202
                         502-625-3779

Proceedings recorded by mechanical stenography.  Transcript
produced by computer from stenographic notes and audio
recordings that the Court provided to transcriber.
```

```
1         (Begin proceedings in open court.)
2              THE COURT:  Dustin McPhetridge.
3              MR. FENTRESS:  Good morning, Your Honor.  Larry
4    Fentress for the United States.  I'm standing in for Jo Lawless.
5              THE COURT:  All right.
6              MS. WYROSDICK:  Laura Wyrosdick, Your Honor, on behalf
7    of Mr. McPhetridge.  I'm standing in for Mr. Wendelsdorf today
8    on this case.
9              THE COURT:  All right.  Mr. McPhetridge, there was a
10   presentence report that was done.  Did you get a copy of it?
11             THE DEFENDANT:  The lawyer had it.
12             THE COURT:  The lawyer had it.  Did you read it?
13             THE DEFENDANT:  Yes, sir.
14             THE COURT:  Did you talk to your lawyer about it?
15             THE DEFENDANT:  I talked to Mr. Iorio.
16             THE COURT:  I'm sorry?
17             THE DEFENDANT:  I talked to Mr. Iorio about it.
18             THE COURT:  Okay.  It shows that your offense level
19   is 23, your criminal history is I.  It shows an advisory
20   guideline range of 46 to 57 months.  Your plea agreement was a
21   (C) plea agreed-upon sentence of 60 months, supervised release
22   for life.
23        Is that the recommendation of the United States?
24             MR. FENTRESS:  Yes, it is, Your Honor.
25             THE COURT:  And I suppose that's what you want me to
```

```
 1   do as well?
 2           MS. WYROSDICK:  Yes, sir.
 3           THE COURT:  Okay.  Mr. McPhetridge, do you have
 4   anything to say before I sentence you?
 5           THE DEFENDANT:  I hope that you find mercy on me, and
 6   I'm ashamed of what I done, and I feel bad, and I apologize to
 7   the United States for what I done.  I wish I had paid more
 8   attention, and I wish this never happened.
 9           THE COURT:  Okay.  All right.  I appreciate your
10   comments, and I'm sure that after you've had some time to think
11   about it all, or at least I hope, that what you are saying is
12   sincere.
13      I'll go along with the plea agreement.  It's a sentence that
14   is more than reasonable, I think, in my judgment to accomplish
15   the sentencing objectives.
16      So I will sentence you to the agreed upon 60 months,
17   supervised release for life.  Part of all that carries special
18   conditions.  Did you get a copy of those conditions?
19           THE DEFENDANT:  No, sir.
20           MS. WYROSDICK:  I'm handing them to him now, sir.
21           THE COURT:  All right.  You want to take a look at
22   those?  Now is the time to object to that.
23       (Ms. Wyrosdick and defendant confer off the record.)
24           MS. WYROSDICK:  No objections to that, sir.
25           THE COURT:  All right.  Anything else?
```

1          MS. WYROSDICK:  No, sir.
2          MR. FENTRESS:  Judge, the United States does not
3   believe the defendant has the ability to pay a fine, so we ask
4   the Court to so find and waive any fine in this case.
5          THE COURT:  All right.  I will not fine you.  I will
6   make you pay the court costs.  That's one count.  It will be
7   $100.
8      So your sentence is 60 months custody, supervised release
9   for life, no fine, but a $100 special penalty assessment.
10         MS. WYROSDICK:  Mr. McPhetridge has a question.  May I
11  have one moment, please?
12         THE COURT:  Yes.
13      (Ms. Wyrosdick and defendant confer off the record.)
14         MS. WYROSDICK:  Mr. McPhetridge has stated that before
15  the Federal Government transferred him into federal custody,
16  Warren County Jail was charging him $25 a day, and the fees come
17  up to $2,500, and he just can't pay that.  He's asking if Your
18  Honor can waive that.  I don't know if Your Honor has the
19  jurisdiction to waive that.
20         THE COURT:  I don't have the authority to waive that.
21  If you can't pay it, you can't pay it.  I wouldn't worry about
22  it right now.  You got other things to worry about.
23         THE DEFENDANT:  Well, I heard if you don't pay it a
24  year after, you go to jail if you can't pay it.
25         THE COURT:  Well, you know, there's nothing that I can

1  do about that.  You'll have to cross that bridge when you come
2  to it.  You are going to be -- are you there now?
3          THE DEFENDANT:  I'm in Grayson County now.
4          THE COURT:  Okay.
5          MS. WYROSDICK:  I just wanted to state on the record
6  that the property has been given back to Mr. McPhetridge's
7  family.  Is that correct?
8          MR. FENTRESS:  That's correct.
9          MS. WYROSDICK:  Thank you, sir.
10         THE COURT:  Thank you.
11     (End of proceedings.)

14                      C E R T I F I C A T E

15     I am an official court reporter for the U.S. District Court
   for the Western District of Kentucky and certify that the
16 foregoing is a true and correct transcript, to the best of my
   ability, of the above pages, of the stenographic notes provided
17 to me by the Court of the proceedings taken on the date and time
   previously stated in the above matter.  In preparing this
18 transcript, I have also relied on audiotapes of the proceedings
   provided by the Court.

    _s/ Alan W. Wernecke_                      September 25, 2017
20 Alan W. Wernecke, RMR, CRR
   Official Court Reporter